NO. 07-10-0046-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

FEBRUARY 17, 2010

_____

ROBERT PATRICK WHITEAKER AND
ROBERT WHITEAKER RANCHES, INC., APPELLANTS

V.

DOUG LATHEM, APPELLEE

_____

FROM THE 69TH DISTRICT COURT OF HARTLEY COUNTY;

NO.4371-H; HONORABLE RON ENNS, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is *Appellants' Motion to Dismiss Appeal Without Prejudice* in which they represent that the issues presented in this appeal have been rendered moot by this Court's *Order on Petition for Writ of Mandamus* and Judgment rendered in cause number 07-10-00001-CV on February 4, 2010. Without passing on the merits of the case, the motion to dismiss is granted and the appeal is dismissed

without prejudice. Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal at Appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


                              Patrick A. Pirtle
                                  Justice